IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01848-GPG
(**The above civil action number must appear on all future papers sent to the Court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

ROSS ALLEY,

    Plaintiff,

v.

JAMES FALK, Warden,
RICK RAEMISCH, Executive Director, CDOC,
R.B. WALTER, Case Manager, Limon Correctional Facility,
UNKNOWN JANE DOE, Nurse, and
C/O S. HUGHES,

    Defendants.

---

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

On August 25, 2015, Plaintiff Ross Alley submitted to the Court a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the filing is deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue any claims in this Court in this action.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1) \_\_\_ is not submitted
(2) \_\_\_ is missing affidavit

(3)   X    a certified prisoner's trust fund statement has not been submitted for the **6-month period immediately preceding** this filing
(4)   ___   is missing certificate showing current balance in prison account
(5)   ___   is missing required financial information
(6)   X    is missing authorization to calculate and disburse filing fee payments
(7)   ___   is missing an original signature by the prisoner
(8)   X    is not on proper form (the form presented is not the most current form)
(9)   ___   names in caption do not match names in caption of complaint, petition or habeas application
(10)  ___   other:

**Complaint, Petition or Application**:
(11)  ___   is not submitted
(12)  ___   is not on proper form (Plaintiff may find the Court-approved forms at www.cod.uscourts.gov.)
(13)  ___   is missing an original signature by the prisoner
(14)  ___   is missing page nos. ___
(15)  ___   uses et al. instead of listing all parties in caption
(16)  ___   names in caption do not match names in text
(17)  ___   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition, or habeas application
(18)  ___   other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within thirty days from the date of this Order. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the most current Court-approved form used in filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. Plaintiff must use the Court-approved forms when curing the deficiencies. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED August 26, 2015, at Denver, Colorado.

                                          BY THE COURT:

                                           s/ Gordon P. Gallagher
                                          United States Magistrate Judge